Michael L. Previto, Esq.
150 Motor Parkway
Hauppauge, New York 11788
Office: (631) 773-4504
Cell: (631) 379-0837

E-mail: mchprevi@aol.com

Additional mailing address:
6 Lyndon Lane
South Setauket, NY 11720

The Hon Carla E. Craig
United States Bankruptcy Court

May 11th 2020

Via e-mail and ECF

Re : Cecil Haynes Case number 19 45522 ccc

**Status Letter Regarding a possible change in circumstances and need to amend the Plan and Disclosures**

Your Honor:

I represent the debtor in the above chapter 11 proceeding at which a status conference will be held on May 13th 2020 at 2:pm.

Approximately 2 wees ago My client advised me that this brother Joseph Haynes who is an MD, would like to contribute approximately 210,000.00 to the arrears held by the secured creditor on his distressed property.

I sent a proposal too Mr. Frager who got back to me that his client was seriously considering this and that the balance of the arrears would be worked into a 60 month plan with an additional 60,000.00 dollars to be paid in two lump sums over the next 120 days.

I am sending a copy of this letter to Ms. Wolf so she can advise me of what se will require so that I can Properly amend the plan and make sure that Mr. Joseph Haynes will furnish her and the Court with the necessary information.

Respectfully Yours,

Michael L. Previto

CC: Cecil Haynes
Rachel Wolf UST
Soloman Frager Esq.