

### DORF & NELSON LLP

The International Corporate Center, 555 Theodore Fremd Avenue, Rye, NY 10580

Telephone: 914.381.7600  ·  www.dorflaw.com  ·  Facsimile: 914.381.7608

August 18, 2020

**VIA ECF**
U.S. Bankruptcy Court, EDNY
Conrad B. Duberstein Courthouse
271-C Cadman Plaza East - Suite 1595
Brooklyn, NY 11201-1800

**Re:    CECIL HAYNES**
        **Case No. 1-19-45522-cec**

Dear Judge Craig:

This firm represents creditor, U.S. Bank National Association, as Trustee for the C-Bass Mortgage Loan Asset-Backed Certificates, Series 2007-MX1, in the above-referenced matter. Contrary to the debtor's letter dated August 18, 2020 (Dk. No. 99), secured creditor **does not** consent to the adjournment of tomorrow's hearing.

Thank you for your attention to this matter.

Kind regards,

Solomon A. Frager, Esq.

cc:    Cecil Haynes
       846 Clarkson Avenue
       Brooklyn, New York 11203

       Michael L. Previto, Esq.
       Attorney for Debtor
       535 Broadhollow Road
       Suite A-3
       Melville, New York 11747

       U.S. Trustee
       Office of the United States Trustee
       U.S. Federal Office Building
       201 Varick Street, Suite 1006
       New York, NY 10014

       Aleksandra K. Fugate, Esq.

Manhattan  |  Westchester  |  Garden City  |  Los Angeles



Woods Oviatt Gilman LLP
*Attorney for Wells Fargo Bank*
500 Bausch & Lomb Place
Rochester, New York 14604