UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X
In Re:                                                                         CASE NO.: 19-45522-cec

    Cecil Haynes,

                                                Chapter 11

                Debtor.
--------------------------------------------------------X

## ORDER TO SHOW CAUSE

       WHEREAS, on September 13, 2019, Cecil Haynes (the "Debtor") filed the above-captioned case under Chapter 11 of the Bankruptcy Code; and

       WHEREAS, on March 18, 2020, secured creditor U.S. Bank National Association, as Trustee for the C-BASS Mortgage Loan Asset-Backed Certificates, Series 2007-MX1 (the "Secured Creditor") filed a Motion to Appoint an Examiner (the "Examiner Motion") [ECF No. 63]; and

       WHEREAS, on June 11, 2020, the Debtor filed a Motion to Approve an Amended Plan and Disclosure Statement [ECF No. 84]; and

       WHEREAS, on June 17, 2020, the Secured Creditor filed a Supplement to the Examiner Motion [ECF No. 86]; and

       WHEREAS, on July 8, 2020, a hearing was held; and

       WHEREAS, on August 18, 2020, the Debtor filed a Status Letter [ECF No. 99]; and

       WHEREAS, on August 19, 2020, a hearing was held; and

NOW, IT IS HEREBY

       ORDERED that parties shall appear on September 16, 2020, at 3:00 p.m. before the Honorable Carla E. Craig, to show cause why the Debtor's case should not be dismissed.



**Dated: Brooklyn, New York**
**August 21, 2020**

                                                         **Carla E. Craig**
                                         **United States Bankruptcy Judge**